FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

STEMCELLS, INC.　　v.　　NEURALSTEM, INC.

No. 15-1952

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se　　☒ As counsel for: StemCells, Inc.; StemCells California, Inc.
Name of party

I am, or the party I represent is (select one):

☐ Petitioner　☐ Respondent　☐ Amicus curiae　☐ Cross Appellant
☒ Appellant　☐ Appellee　☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant　　☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | William G. Gaede, III |
| Law firm: | McDermott Will & Emery LLP |
| Address: | 275 Middlefield Road, Suite 100 |
| City, State and ZIP: | Menlo Park, CA 94025 |
| Telephone: | (650) 815-7435 |
| Fax #: | (650) 815-7401 |
| E-mail address: | wgaede@mwe.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 01/11/2001

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes　☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| 09/10/2015 | /s/ William G. Gaede, III |
|---|---|
| Date | Signature of pro se or counsel |

cc: _____

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on | September 10, 2015 |
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
　　(by email or CM/ECF)

| William G. Gaede, III | | */s/ William G. Gaede, III* |
| Name of Counsel | | Signature of Counsel |

Law Firm　McDermott Will & Emery LLP

Address　275 Middlefield Road, Suite 100

City, State, ZIP　Menlo Park, CA 94025

Telephone Number　(650) 815-7435

FAX Number　(650) 815-7401

E-mail Address　wgaede@mwe.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.